MOORE v. IRELAND.—In error.

IN this case the *scire facias* and judgment are in the name of *Ireland*, the assignee of the original judgment-plaintiff. This is erroneous. Neither the common law nor the statute authorizes assignments of judgments so as to enable the assignee to proceed at law for their collection in his own name.

The judgment is reversed, &c.